**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

CONWED CORPORATION,                                  Civil No. 5-92-88 (DDA/RLE)

    Plaintiff,

v.                                                                            **ORDER FOR AMENDED JUDGMENT**

UNION CARBIDE CORPORATION,

    Defendant.

---

Pursuant to the Mandate of the United States Court of Appeals for the Eighth Circuit,

**IT IS ORDERED** that the Judgment entered in the above matter on August 26, 2004, be amended to read as follows:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff Conwed's Complaint is DISMISSED with prejudice as to the following employee claims only: Martin E. Beck, Clifford Golden, Harold W. Gotzh, William Haburt, George Jenkins, Arthur A. Johnson, Robert W. Lockling, Sr., Theodore Neimi, John A. Ranta, Edmund Rostveit, Lloyd Schmitz, Willis R. Smiley, Clarence Smith, Arne Stromsness, Albert Swanson, James F. Ulvi, Herman D. Wise, Gerald Witeli, and James Woolet.

2. Plaintiff Conwed shall have and recover of Defendant Union Carbide the sum of $23,878.36, representing its subrogation interest as to the following employee claims: Frederick Riedel, Arvin Rosen, Raymond Sarazin, Dale Skramstad, Eugene Smith, and Donald Strom. Prejudgment interested on that amount is to be calculated in accordance with Minn. Stat. § 549.09.

3. Defendant Union Carbide's Counterclaim is DISMISSED with prejudice in its entirety.

**THE CLERK SHALL ENTER AN AMENDED JUDGMENT AS SET FORTH ABOVE.**

DATED: June 15, 2006.

                                                 S/ Donald D. Alsop
                                                DONALD D. ALSOP, Senior Judge
                                                United States District Court